United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Hung Ha, | No. C 09-5281  JL |
| Plaintiff, | |
| v. | **NOTICE** |
| U.S. Attorney General, et al., | |
| Defendants. | |
| _____/ | |

TO PLAINTIFF:

You are hereby ordered to appear before this Court on Wednesday June 30, 2010, at 9:30 a.m. to show cause why you should not be declared a vexatious litigant, subject to a pre-filing review order in the Northern District of California, as provided by 28 U.S.C. 1651(a).

You may file a pleading opposing such an order no later than twenty-one days prior to the hearing. Defendants may file a response no later than fourteen days before the hearing.

IT IS SO ORDERED.

DATED: April  28,  2010

_____
James Larson
United States Magistrate Judge

G:\JLALL\CASES\CIVIL\09-5281\OSC.wpd        1