UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Hung Ha, | No. C 09-5281 JL |
|     Plaintiff, | **ORDER** |
|     v. | |
| U.S. Attorney General, et al., | |
|     Defendants. | |

The Court held a hearing on an Order to Show Cause why Plaintiff should not be designated as a vexatious litigant. The Court ruled from the bench that Plaintiff is a vexatious litigant, and that any future in pro per pleading by him submitted in this federal district shall be subject to pre-filing review by a judge of this court. The Court will issue a detailed written order reflecting the reasoning behind its decision. In the interim, Plaintiff is hereby ordered not to file any additional papers in this case, and not to attempt to serve any additional pleadings on any of the Defendants in this case. The Clerk shall not file any such pleadings and shall return any such attempted filings to Plaintiff.

IT IS SO ORDERED.

DATED: June 30, 2010

_____
James Larson
United States Magistrate Judge

G:\JLALL\CASES\CIVIL\09-5281\no-filing.wpd      1